DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

EDGAR ZUNIGA-MEJIA

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2369

————————————————

October 22, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Edgar Zuniga-Mejia, pro se.


PER CURIAM.

Affirmed.


SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.